I hereby certify that this Court Order and Attachment (Form
CV 66) was served by First Class mail postage prepaid to
Petitioner, M. Duke, at his most recent address of
record in this action on this date.

Dated: 7/07/11

J. Holmes, Relief CRD
**DEPUTY CLERK**

Priority ——
Send ——
Enter ——
Closed ——
~~JS-5/~~JS-6 ✓
JS-2/JS-3 ✓
~~Scan~~ Only ✓
See ATTACHED ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MELVIN DUKES,                          )   Case No. CV 11-5222-CJC (DTB)
                    Petitioner,        )
          vs.                          )   ORDER RE SUMMARY DISMISSAL
                                       )   OF ACTION
WARDEN CASH, et al.,                   )
                                       )
                    Respondents.       )
_____)

          Petitioner, a California state prisoner currently incarcerated at California State
Prison in Lancaster, California ("CSP-Lancaster"), purported to file a Petition for
Writ of Habeas Corpus by a Person in State Custody ("Petition") herein on June 22,
2011.

          It appears from the face of the Petition that petitioner's claims are not directed
to the legality or duration of petitioner's current confinement. Rather, petitioner's
claims are directed to the conditions of his confinement at CSP-Lancaster.
Specifically, petitioner contends that Warden Cash, Captain Henderson and CSP-
Lancaster staff have removed the plastic glass from his cell door, which causes the
heat to escape and allows flies and mosquitos to gain access to his cell. (Petition at
3.)   Petitioner further alleges that the drinking water at CSP-Lancaster is
"contaminated." (Petition at 4.)

Claims directed to the conditions of a petitioner's confinement may not properly be asserted in a habeas petition, or as part of a habeas petition. <u>See</u> 28 U.S.C. § 2254(a); <u>see also</u> <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 498-500, 93 S. Ct. 1827, 36 L. Ed. 2d 439 (1973). Rather, such claims must be asserted in a separate civil rights action.

The Court does have discretion to construe petitioner's habeas petition as a civil rights complaint. <u>See</u> <u>Wilwording v. Swenson</u>, 404 U.S. 249, 251, 92 S. Ct. 407, 30 L. Ed. 2d 418 (1971); <u>Hansen v. May</u>, 502 F.2d 728, 729 (9th Cir. 1974). However, in this instance, the Court chooses not to exercise such discretion for the following reasons:

First, petitioner has failed to make an adequate showing of indigency. The Prison Litigation Reform Act of 1995 (Public Law 104-134, 110 Stat. 1321) ("PLRA") amended 28 U.S.C. § 1915 to provide, <u>inter alia</u>, that all prisoners who file civil actions must pay the full amount of the filing fee, and that any prisoner seeking to file a complaint in a civil action without prepayment of fees must submit a completed Declaration in Support of Request to Proceed <u>In Forma Pauperis</u>. In addition, prisoners must submit a certified copy of their prison trust fund account statement for the 6-month period immediately preceding the filing of his/her complaint, obtained from the appropriate official of the prison at which the prisoner is confined. <u>See</u> 28 U.S.C. §§ 1915(a)(1)-(2), 1915(b)(1). Here, when petitioner submitted his "Petition" for filing, he failed to submit a certified copy of his trust account statement for the last six months.

Moreover, as the current action was not submitted on a civil rights complaint form, certain critical information, such as the capacity in which the defendants are named, is lacking.

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, IT THEREFORE IS ORDERED that this action be summarily dismissed without prejudice. The Clerk is directed to send petitioner a blank Central

2

District civil rights complaint form, which petitioner is encouraged to utilize should he desire to pursue this action.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   *July 1, 2011*

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

_____
David T. Bristow
United States Magistrate Judge

3

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF, | CASE NUMBER<br><br>_____<br>*To be supplied by the Clerk* |
| v. | |
| DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☐ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed?  ☐ Yes   ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)

who presently resides at _____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

---

CV-66 (7/97)          **CIVIL RIGHTS COMPLAINT**          Page 2 of 6

on (date or dates) _____ , _____ , _____ .
                        (Claim I)               (Claim II)           (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ resides or works at
              (full name of first defendant)

           _____
           (full address of first defendant)

           _____
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2. Defendant _____ resides or works at
              (full name of first defendant)

           _____
           (full address of first defendant)

           _____
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3. Defendant _____ resides or works at
              (full name of first defendant)

            _____
           (full address of first defendant)

           _____
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline._

## E.  REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____         _____
*(Date)*                                              *(Signature of Plaintiff)*