# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES,<br><br>　　　　　Petitioner,<br>　　vs.<br>WARDEN CASH, et al.,<br><br>　　　　　Respondents. | Case No. CV 11-5222-CJC (DTB)<br><br>**J U D G M E N T** |

　　In accordance with the Order re Summary Dismissal of Action filed herein,

　　IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:　　July 8, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE